1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

10 ROLAND THOMAS KOCH,                        Case No. 1:15-cv-00438-SKO (PC)

11                    Plaintiff,              ORDER GRANTING MOTION TO
                                             PROCEED IN FORMA PAUPERIS
12           v.
                                             (Doc. 2)
13 AUDREY KING, et al.,

14                    Defendants.
   _____/
15

16         Plaintiff Roland Thomas Koch, a civil detainee proceeding pro se, filed this civil rights

17 action pursuant to 42 U.S.C. § 1983 on March 20, 2015.  Plaintiff seeks leave to proceed in forma

18 pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is

19 HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's

20 complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

21
22 IT IS SO ORDERED.

23     Dated:   **March 23, 2015**                        **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28